Pro Se 7 2016

FILED (DROP BOX)

MAR 05 2021


AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

21-CV-299 JLR

James A. Lawrence Jr.

Plaintiff(s),

v.

Star Protection Agency LLC

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

**COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

Jury Trial:  ☐ Yes  ☒ No

SUMM ISSUED
PRO #: 984103006

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | James A. Lawrence Jr. |
| Street Address | 450 Central Way Unit 3203 |
| City and County | Kirkland, KING |
| State and Zip Code | WA 98033 |
| Telephone Number | (425) 652-8401 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 1

*Pro Se 7 2016*

B.     Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Star Protection Agency LLC |
| Job or Title *(if known)* | Private Entity |
| Street Address | 875 124th Ave NE, Suite 101 |
| City and County | Bellevue, KING |
| State and Zip Code | WA 98005-2531 |
| Telephone Number | (425) 990-5400 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 2

Pro Se 7 2016

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Star Protection Agency LLC |
| Street Address | 875 124th Ave NE, Suite 101 |
| City and County | Bellevue, KING |
| State and Zip Code | WA 98005-2531 |
| Telephone Number | 425) 990-5400 |

## II.   BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

Pro Se 7 2016

| ✔ | Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.<br>*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)* |
|---|---|
| ✔ | Other federal law *(specify the federal law)*:<br>ADAAA of 2008, as codified, 42 U.S.C. §§ 12112 to 12117 (*Amended*) |
| ✔ | Relevant state law *(specify, if known)*:<br>RCW 49.60 Washington Law Against Discrimination (WLAD) |
| ☐ | Relevant city or county law *(specify, if known)*: |

### III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

The Private Employer is in Violation for Failure to Accommodate,

Breach of Contract, Failure to engage in the Interactive Process,

## Harassment on Basis of Disability

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ✔ Termination of my employment.
- ☐ Failure to promote me.
- ✔ Failure to accommodate my disability.
- ✔ Unequal terms and conditions of my employment.
- ✔ Retaliation.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 4

*Pro Se 7 2016*

☐ Other acts *(specify)*: _____

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 04/28/2019, 05/01/2019, 05/09/2019, 08/19/2019

C. I believe that defendant(s) *(check one)*:

　　☐ is/are still committing these acts against me.
　　☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

　　☐ race _____
　　☐ color _____
　　☐ gender/sex _____
　　☐ religion _____
　　☐ national origin _____
　　☐ age *(year of birth)* _____  *(only when asserting a claim of age discrimination.)*
　　☑ disability or perceived disability *(specify disability)*
　　　　PTSD, Anxiety, Depression, Whiplash Injury, Cumulative Trauma Disorder

E. The facts of my case are as follows. Attach additional pages if needed.

I, James Lawrence was Harassed by (Jim Hatfield), Corporate Manager of Star Protection Agency LLC, where I was harassed and then Denied Reasonable Accommodation upon Request!

　　*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 5

*Pro Se 7 2016*

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
**01/17/2020**

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☑ issued a Notice of Right to Sue letter, which I received on *(date)*
**02/19/2021**

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

**Plaintiff Requests the Court Order the Judgment of $300,000, (EEOC Limit Remedy for Employment Discrimination), Whereas Employer is within Limits!**

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 6

*Pro Se 7 2016*

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/05/2021

Signature of Plaintiff: *James Lawrence*

Printed Name of Plaintiff: James A. Lawrence Jr.

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 7